[No. 40898-4-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
WILBERT WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-01351-0, Anthony P. Wartnik, J., entered
June 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 16226-5-III.    Division Three.    March 31, 1998.]

*In the Matter of the Estate of* DIANA CRICHTON MARKS,
HARTWELL MARKS, *Appellant*, v. ESTATE OF DIANA
CRICHTON MARKS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-4-01164-4, Kathleen M. O'Connor,
J., entered October 21, 1996. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Schultheis, C.J., and
Brown, J. Now published at 91 Wn. App. 325.

[No. 16300-8-III.    Division Three.    March 31, 1998.]

GALVIN PROFFER, ET AL., *Respondents*, v. KEVIN MADDEN,
ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-2-02844-9, Kenneth Kato, J.,
entered December 2, 1996. *Reversed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis, C.J.,
and Brown, J.

[No. 16458-6-III.    Division Three.    March 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE L.
COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 96-1-00044-4, John M. Lyden, J., entered Feb-
ruary 21, 1997. *Affirmed* by unpublished opinion per Schul-
theis, C.J., concurred in by Sweeney and Brown, JJ.